## UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
#### ORLANDO DIVISION

ELAINE MCCLAIN, DAVID MCCLAIN,

          **Plaintiffs,**

-vs-                       **Case No.  6:13-cv-1589-Orl-28DAB**

SHELTON J. "SPIKE" LEE,

          **Defendant.**

_____

## ORDER

This case is before the Court on Defendant's Response to the Court's October 21, 2013 Order to Show Cause why this case should not be remanded for the lack of sufficient amount in controversy (Doc. No. 8) filed October 22, 2013.  The United States Magistrate Judge has submitted a report recommending that this case be remanded as Defendant has not met his burden to show that the amount in controversy meets the jurisdictional minimum.

After an independent *de novo* review of the record in this matter, and consideration of Defendant's Objection and Response to the Report and Recommendation (Doc. No. 20), and Plaintiff's Response to Defendant's Objection (Doc. No. 22),[1] Defendant's Objection is **OVERRULED**.  The Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.  Therefore, it is **ORDERED** as follows:

1.     That the Report and Recommendation filed October 24, 2013 (Doc. No. 11) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

_____

[1] The Court notes Plaintiff's argument that Defendant's Objection was untimely is erroneous. See Fed. R. Civ. P. 72(b)(2); M.D. Fla. L.R. 6.02; and Fed. R. Civ. P. 6(d).

2.     This case is remanded to the Eighteenth Judicial Circuit Court, In and For Seminole County, Florida, case number 2013-CA-3382-16-W.

3.     Defendant's Motion to Dismiss Or, In The Alternative, To Transfer Venue (Doc. 21) is **DENIED**.

4.     The Clerk of the Court is directed to remand this case as set forth above and to thereafter close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this _4_ day of December, 2013.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party